# Court of Appeals
# of the State of Georgia

ATLANTA,  September 20, 2024

*The Court of Appeals hereby passes the following order:*

## A25E0020. CINDARIA ROBINSON et al. v. KIMBERLY THORTON.

Cindaria Robinson has filed this emergency motion for an extension of time to file an application for discretionary review pursuant to Court of Appeals Rules 31 (h) and 40 (b). The motion having been filed in accordance with this Court's rules, we hereby GRANT Robinson an extension of time until October 20, 2024, in which to file an application for discretionary review.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/20/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*